IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00643-RPM

DONALD DICE,

    Plaintiff,

vs.

JOHN E. HOLMES,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO SIGN MEDICAL RELEASE

---

On September 27, 2007, the defendant filed a motion to compel the plaintiff to sign a medical release.  The plaintiff filed a response on October 17, 2007.  Relying on the statements contained by plaintiff's attorney in the response, it is

ORDERED that the motion to compel is denied.

Dated: October 18th, 2007

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge