IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  07-CV-00643-RPM

DONALD DICE

      Plaintiff,

v.

JOHN E. HOLMES,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court upon the stipulation of the Plaintiff, Donald Dice, and the Defendant, John E. Holmes, for a dismissal of the above-captioned action with prejudice, and the Court, having read the stipulation and believing itself fully advised,

HEREBY ORDERS that the above-captioned action be dismissed with prejudice, each party to pay their respective costs and attorney fees.

DONE in Court this 16th  day of April, 2008.

          BY THE COURT:

          s/Richard P. Matsch

          _____

          Richard P. Matsch, Senior District Court Judge